IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00672-ZLW-BNB

PENNY M. HAGERMAN,

    Plaintiff,

v.

ELI LILLY AND COMPANY,
VALEANT PHARMACEUTICALS INTERNATIONAL,
AMARIN CORPORATION, plc,
AMARIN PHARMACEUTICALS, INC.,
ELAN PHARMACEUTICALS, INC., and
ATHENA NEUROSCIENCES, INC.,

    Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 1st day of April, 2009.

                BY THE COURT:

                *[signature]*

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court