IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00672-REB-BNB

PENNY M. HAGERMAN, and
ALLEN HAGERMAN,

Plaintiffs,

v.

ELI LILLY AND COMPANY,
VALEANT PHARMACEUTICALS INTERNATIONAL,
AMARIN CORPORATION, PLC,
AMARIN PHARMACEUTICALS, INC.,
ELAN PHARMACEUTICALS, INC., and
ATHENA NEUROSCIENCES, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File Amended Answer** [docket no. 64, filed January 7, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Exhibit A - Defendant Elan Pharmaceuticals, Inc.'s First Amended Answer to Plaintiffs' Second Amended Complaint - for filing.


DATED:  January 13, 2010