# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-00672-REB-BNB

PENNY M. HAGERMAN,

    Plaintiff,

v.

ELI LILLY AND COMPANY,
VALEANT PHARMACEUTICALS INTERNATIONAL,
AMARIN CORPORATION, plc,
AMARIN PHARMACEUTICALS, INC.,
ELAN PHARMACEUTICALS, INC., and
ATHENA NEUROCIENCES, INC.,

    Defendants.

## MINUTE ORDER[1]

    The court has been advised that this case has settled. Dismissal documents are to be filed on or before April 29, 2010. *See* **Order** [#70] entered February 25, 2010.

    **THEREFORE, IT IS ORDERED** that **Defendant Valeant's Motion To Dismiss Plaintiffs' Second Amended Complaint** [#16] filed June 24, 2009, is **DISMISSED WITHOUT PREJUDICE**.

    Dated: March 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.